No. 42814.—Protest 837739–G of Ignaz Strauss & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that certain items consist of smokers' articles similar to those the subject of Abstract 38660. The claim at 60 percent under paragraph 1552 was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 11, 1939

No. 42815.—Protest 964592–G of A. Cohen & Sons Corp. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.

No. 42816.—Protests 665314–G, etc., of Wm. Filenes Sons Co. et al. (Boston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42817.—Petition 5858–R of Milgrim Hats, Inc., (New York).

Opinion by EVANS, J. The petition was dismissed.

No. 42818.—Petitions 5828–R, etc., of L. Mendelson Co. (New York).

Opinion by KEEFE, J. From the evidence it was found there was no intention to conceal or misrepresent the facts or to deceive the appraiser. The petitions were therefore granted.

December 6, 1939

No. 42819.  Protests 853019–G, etc., of Michaelian & Kohlberg, Inc. C. D. 222. Application by plaintiff for rehearing denied.

No. 42820.—METAL FIGURES.—Protest 983739–G of F. W. Woolworth Co. C. D. 210. Application by Government for rehearing denied.

December 11, 1939

No. 42821.—Suit 4225.  United States v. Arnhold & Co., Inc., et al. C. D. 44 affirmed.